## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Stephanie Adkins v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10708-DRH |
| *Melynda Ali v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10781-DRH |
| *Stacy Amble v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13571-DRH |
| *Kimberly Ann Austin v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12675-DRH |
| *Val Beauchamp v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12672-DRH |
| *Trudy Blackmon v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12576-DRH |
| *Brenda Burrola v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13043-DRH |
| *Breeauna Campbell v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13024-DRH |
| *Jill Carlock v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10349-DRH |
| *Lotoya Freeman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10776-DRH |
| *Mary Greenwood v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13071-DRH |
| *Marlene Jewett v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13365-DRH |

| | |
|---|---|
| *Kelly Lamoreaux v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10406-DRH |
| *Katherine McBride Puckett v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10709-DRH |
| *Jessica B. Morales v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11982-DRH |
| *Zandra Washington v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13276-DRH |
| *Meghan Welton v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10775-DRH |

## <u>JUDGMENT IN A CIVIL CASE</u>

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on June 18, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**
**BY:   /s/***Caitlin Fischer*
　　　　**Deputy Clerk**

**Dated:**  June 20, 2014

Digitally signed by
David R. Herndon
Date: 2014.06.20
17:18:51 -05'00'

**APPROVED:**
　　　　**CHIEF JUDGE**
　　　　**U. S. DISTRICT COURT**

2